# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDDIE McBETH

NO. 2021 KW 0691

**AUGUST 16, 2021**

---

In Re: Eddie McBeth, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR7-130486.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT